**Order filed September 11, 2018**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00631-CV**

_____

**CCS ASSET MANAGEMENT, INC.; BEN WRIGHT; AND ANTARIS JACKSON, Appellants**

**V.**

**DANIEL WEBBER, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-18-003488**

---

## O R D E R

The notice of appeal in this case was filed July 5, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 26, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM